UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| PGI Companies, Inc., and | Case No. BKY 09-42883 |
| PGI Fulfillment, Inc., | Case No. BKY 09-42884 |
| Debtors. | Jointly Administered |

**NOTICE OF DATE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the adequacy of Debtors' disclosure statement previously scheduled for November 16, 2009, has been continued to **December 10, 2009, at 1:30 p.m.** in Courtroom 2B, at the United States Courthouse, at 316 North Robert Street, St. Paul, Minnesota.

Dated: November 16, 2009  */s/ Douglas W. Kassebaum*
Clinton E. Cutler (#158094)
Douglas W. Kassebaum (#386802)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis MN 55402
(612) 492-7292
(612) 492-7077  fax
dkassebaum@fredlaw.com

ATTORNEYS FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| PGI Companies, Inc., and | Case No. BKY 09-42883 |
| PGI Fulfillment, Inc., | Case No. BKY 09-42884 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

Douglas W. Kassebaum, under penalty of perjury, states that he caused to be served the following:

1. Notice of Date of Continued Hearing; and

2. Certificate of Service

on November 16, 2009, by sending by U.S. Mail, and on November 17, 2009, by sending by ECF and electronic mail, true and correct copies to the parties named on the attached service list, as indicated therein.

Dated: November 17, 2009      */s/ Douglas W. Kassebaum*
                                                     Douglas W. Kassebaum

4641270_1/043007.0888

PGI Companies, Inc.
Service List
Bky No. 09-42883

**SERVICE VIA ECF**

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Michael E. Ridgway
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis MN 55415
mike.ridgway@usdoj.gov

Sarah J. Wencil
U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

*Attorneys for Wilcox Paper, LLC*
Michael L. Meyer
Ravich Meyer Kirkman McGrath
Nauman & Tansey, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
**Fax: 612-332-8302**
mlmeyer@ravichmeyer.com

*Attorneys for Associated Commercial Finance, Inc.*
Daniel C. Beck
Michael Rosow
Michael J. Stepan
Winthrop & Weinstine, P.A.
225 South Sixth Street, #3500
Minneapolis MN 55402-4629
dbeck@winthrop.com
mrosow@winthrop.com
mstepan@winthrop.com

*Attorneys for Landlord*
c/o Richard W. Huffman
Huffman, Usem, Saboe, Crawford & Greenberg, P.A.
Attorney at Law
1000 Water Park Place
5101 Olson Memorial Highway
Golden Valley, MN 55422
rwhuf@aol.com

*Attorneys for Streamline Solutions, LLC*
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
amy.swedberg@maslon.com

*Attorneys for Bremer Bank National Association*
c/o Matthew R. Burton
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 South Fifth Street, #2500
Minneapolis, MN 55402
mburton@losgs.com

*Attorneys for Official Committee of Unsecured Creditors*
Jacob B. Sellers
Scott R. Erickson
Leonard Street and Deinard, P.A.
150 South Fifth Street, #2300
Minneapolis, MN 55402
jacob.sellers@leonard.com
scott.erickson@leonard.com

**SERVICE VIA EMAIL**

*Debtor*

PGI Companies, Inc.
c/o Chuck Belland
11354 K-Tel Drive
Minnetonka MN 55343
cbelland@pgicompanies.com

**SERVICE VIA U.S. MAIL**

IRS District Counsel
380 Jackson St, Ste 650
St Paul MN 55101-4804

Internal Revenue Service
Wells Fargo Place
30 E 7th St, Mail Stop 5700
St Paul MN 55101

MN Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
PO Box 64447
St Paul MN 55101-2228

US Attorney
600 US Courthouse
300 S Fourth St
Minneapolis MN 55415

Minnesota Department of Economic Security
332 Minnesota Street
St. Paul MN 55101-1351

*Secured Creditors*

Alison K. Tregilgas
Vice President, Credit Quality Officer
Associated Bank
1395 Commerce Drive
Mendota Heights MN 55120
alison.tregilgas@associatedbank.com

BankVista
125 Twin Rivers Court
Sartell, MN 56377

Kodak Polychrome Graphics, LLC
77 Canning Parkway
Victor, NY 14564

CIT Technology Financing Services, Inc.
4600 Touchton Road
Jacksonville, FL 32246

Citicorp. Vendor Finance, Inc.
P.O. Box 7247-0118
Philadelphia, PA 19170

Oce Financial Services, Inc.
5450 North Cumberland
Chicago, IL 60656-1494

TCF Equipment Finance, Inc.
11100 Wayzata Boulevard, #801
Minnetonka, MN 55305

Associated Commercial Finance, Inc.
401 East Kilbourn Avenue, #350
Milwaukee, WI 53202

Canon Financial Services
Attn: Anthony Ninetto, Jr.
Senior Director of Client Services
158 Gaither Drive, #200
Mt. Laurel, NJ 08054

**REQUESTS FOR SERVICE**

Ikon Office Solutions
Attn: Shaundolyn Robertson
3920 Arkwright Road, #400
Macon, GA 31210